# IN THE SUPREME COURT OF THE STATE OF NEVADA

HARRY LEE BOGGS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 82878

FILED

MAY 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on September 29, 2020. Appellant did not file the notices of appeal, however, until April 22, 2021, and May 10, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). This court lacks jurisdiction to entertain an untimely appeal. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). To the extent that appellant's appeal is in regard to the April 5, 2021, minute order granting a motion to withdraw as attorney of record, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-14623

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 5
Eighth Judicial District Court, Department 23
Harry Lee Boggs
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk